UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION

18-MD-2865 (LAK)

This paper applies to All Cases.
-------------------------------------- x

**PRETRIAL ORDER NO. 5**

LEWIS A. KAPLAN, *District Judge.*

As counsel previously were notified, the oral argument on the motion to dismiss [DI 34 in 18-CV-4047(LAK)] will be heard on Monday, 11/5/2018 at 2:00 PM.

SO ORDERED.

Dated: November 1, 2018

Lewis A. Kaplan
United States District Judge